(56 Misc. Rep. 61.)

### COLTON v. SULLIVAN.

(Supreme Court, Special Term, New York County. September, 1907.)

BAIL—EXONERATION.

Under Code Civ. Proc. § 601, the bail should be exonerated on the vacating of an order of arrest which works a legal discharge of defendant from the obligation to render himself amenable to the process with respect to which the bail was given.

Action by Frank S. Colton against Lawrence M. Sullivan, sued as "Larry M. Sullivan." Motion for exoneration of bail granted.

Samuel M. Fischer, for John J. White and Antonio Cardone.

James C. Lenney, for sheriff of New York county.

BRADY, J. A careful reconsideration of section 601, Code of Civil Procedure, impels the conclusion that the vacation of the order of arrest herein worked a legal discharge of the defendant from the obligation to render himself amenable to the process with respect to which the undertaking of the bail was given, and that the bail must be exonerated.

Motion granted, and bail exonerated.